———o———

Samuel T. Dale, by his next Friend Carter Dale, Plaintiff in Error, vs. Bryant N. Patterson, Defendant in Error.

1. *Bill of exceptions—Failure to file during time agreed on after adjournment.*— Where a party fails to file his bill of exceptions within the time allowed him after adjournment of court, the judgment will be affirmed.

*Error to Clay Circuit Court.*

*James E. Lincoln,* for Plaintiff in Error.

*J. C. Merryman & D. C. Allen,* for Defendant in Error.

Napton, Judge, delivered the opinion of the court.

There is no bill of exceptions in this case properly in the record according to the settled rule of this court. The plaintiff was allowed twenty days within which to file his bill of exceptions after

the adjournment of court, which occurred on the 12th November, and the bill was not filed till the 5th day of December. (See West vs. Fowler, 59 Mo. 40.)

The judgment must therefore be affirmed. The other judges concur, except Judge Vories, who is absent.